IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO LUCIANO, et al.

Plaintiffs,

v.

FAIRMONT EL SAN JUAN HOTEL, et al

Defendants.

CIVIL NO. 20-1655 (CVR)

**JUDGMENT**

Pursuant to the "Motion to Dismiss" (Docket No. 44) and the Court's Order of this same date (Docket No. 45), the Court hereby ENTERS JUDGMENT, and DISMISSES WITH PREJUDICE all claims filed by Plaintiffs Francisco Luciano, Joseph Andrew Rudd and the Conjugal Partnership constituted among them against all Defendants without the imposition of costs or attorney's fees.

The Court will retain jurisdiction for enforcement of the settlement agreement.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 23rd day of August 2023.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES DISTRICT JUDGE